| | | |
|---|---|---|
| People v Carpenter | 2d Dept: 138 AD3d 1130 (Queens) | denied 8/15/16 (Fahey, J.) |
| People v Cartel | 4th Dept: 141 AD3d 1110 (Cayuga) | denied 8/30/16 (Stein, J.) |
| People v Case | 3d Dept: 139 AD3d 1239 (Albany) | denied 8/1/16 (Fahey, J.) |
| People v Castaneda | County Ct, 5/23/16 (Monroe) | denied 8/10/16 (Fahey, J.) |
| People v Ceruti | 2d Dept: 132 AD3d 776 (Queens) | dismissed 8/25/16 (Stein, J.) |
| People v Charleau | 1st Dept: 139 AD3d 597 (NY) | denied 8/5/16 (Abdus-Salaam, J.) |
| People v Cintron | 1st Dept: 140 AD3d 402 (Bronx) | denied 8/10/16 (Rivera, J.) |
| People v Clairmont | App Div, 3d Dept: 2016 NY Slip Op 76972(U) (Saratoga) | dismissed 8/29/16 (Fahey, J.) |
| People v Clark | 4th Dept: 139 AD3d 1368 (Monroe) | denied 8/17/16 (Pigott, J.) |
| People v Clemente | 2d Dept: 139 AD3d 751 (Queens) | denied 8/11/16 (Rivera, J.) |
| People v Coleman | 1st Dept: 139 AD3d 544 (NY) | denied 8/31/16 (Garcia, J.) |
| People v Conway | 2d Dept: 140 AD3d 1185 (Suffolk) | denied 8/30/16 (Stein, J.) |
| People v Cooke | App Div, 2d Dept: 2016 NY Slip Op 74242(U) (Queens) | dismissed 8/17/16 (Garcia, J.) |
| People v Coriolan | 2d Dept: 138 AD3d 1134 (Queens) | denied 8/25/16 (Fahey, J.) |
| People v Cumberland | 1st Dept: 139 AD3d 598 (NY) | denied 8/17/16 (Pigott, J.) |
| People v Danclair | 1st Dept: 139 AD3d 541 (NY) | denied 8/19/16 (Stein, J.) |
| People v Dangerfield | 4th Dept: 140 AD3d 1626 (Monroe) | denied 8/18/16 (Rivera, J.) |
| People v Davis | App Div, 1st Dept: 2016 NY Slip Op 73031(U) (Bronx) | dismissed 8/8/16 (Garcia, J.) |
| People v Decker | 3d Dept: 139 AD3d 1113 (Montgomery) | denied 8/8/16 (Fahey, J.) |
| People v DeJesus | 2d Dept: 140 AD3d 788 (Kings) | denied 8/22/16 (Stein, J.) |
| People v Delaney | 4th Dept: 138 AD3d 1420 (Monroe) | denied 8/12/16 (Pigott, J.) |
| People v Diamond M. | 1st Dept: 140 AD3d 628 (Bronx) | denied 8/31/16 (Garcia, J.) |
| People v Diaz | 2d Dept: 139 AD3d 871 (Queens) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Dingle | 1st Dept: 139 AD3d 623 (Bronx) | denied 8/24/16 (Abdus-Salaam, J.) |